No. D-2093. IN RE DISBARMENT OF BYKOFSKY. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]

No. D-2094. IN RE DISBARMENT OF ONDECK. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]

No. D-2096. IN RE DISBARMENT OF DURIE. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]

No. D-2097. IN RE DISBARMENT OF WILKES. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]

No. D-2106. IN RE DISBARMENT OF PIPES. Richard Alan Pipes, of Upper Tumon, Guam, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2107. IN RE DISBARMENT OF BUCKLEY. F. Mac Buckley, of Hartford, Conn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2108. IN RE DISBARMENT OF PASSALACQUA. Richard M. Passalacqua, of Framingham, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M28. TORAIN v. SIEMENS ROLM COMMUNICATIONS, INC.;
No. 99M29. CARPENTER v. WHITE, WARDEN;
No. 99M30. SHERRILL v. PICO;
No. 99M31. SHERRILL v. ARIZONA REGISTRAR OF CONTRACTORS;
No. 99M33. BARRIOS v. GOUX ENTERPRISES, INC.; and
No. 99M34. PIERSON v. WILSHIRE TERRACE CORP. ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 99M32. MUNOZ v. TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.